

HAVILAND NATHAN
REDACTED PRE ER
REDACTED 16
DOB: REDACTED 78  38
M MR#: REDACTED   , MEDICAL CENTER
Poinciana MC

## Uninsured Patient Information Document

This document is intended to help provide uninsured patients with an understanding of the financial aspects of their healthcare. Patients covered by automobile, third party liability or other reimbursement that may be billed for these services, will not qualify for the uninsured discount.

This document also provides options available to assist you in resolving your account. In an effort to assist uninsured patients, HCA will apply a discount to your account and then will work with you to resolve your remaining account balance.

The following information is an outline of how an uninsured account will be processed and the discount options that may be available to you. If you have received an elective cosmetic or flat rate procedure, these discounts do not apply. Otherwise, HCA discounts all uninsured bills. The discounted balance due on the account is expected to be paid in full at the time of service.

- Total charges for services provided are applied to the account
- Uninsured discount is applied to total charges, thereby reducing the account balance
- If you are unable to pay the discounted account balance in full, we will work with you to establish monthly payment arrangements.
- If you cannot establish monthly payment arrangements, we will assist you with applying for Medicaid assistance
- If you obtain Medicaid we will bill them and you will only be responsible for any non-covered charges
- If you do not qualify for Medicaid, you may complete the Financial Assistance Application, provide supporting documentation as needed and have this visit reviewed for a potential Charity discount
- If you qualify for a Charity discount based upon Federal Poverty Guidelines, your account will be considered paid in full. If you do not meet the required Federal Poverty Guidelines, you will need to make arrangements to resolve your bill immediately.
- You are aware that by representing that there is no insurance, the facility is relying on your representation. You agree that if an uninsured discount is applied to your account and insurance is available, the uninsured discount will be rescinded and the account balance adjusted accordingly so that full payment is required.

HCA provides a 100% discount on approved charity accounts. All other uninsured accounts will receive a partial discount.

_____
Patient/Responsible Party Signature

REDACTED 16
Date

_____
Witness Signature

REDACTED 16
Date