| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FORT WALTON BCH MED CTR<br>1000 MARWALT DRIVE<br>FT WALTON FL 325476708<br>8508637500 | | FORT WALTON BCH MED CTR<br>P O BOX 402939<br>ATLANTA GA30384 | | | | | 3a PAT.<br>REC. # REDACTED<br>5 FED. TAX NO.<br>61-1259833 | | | | 6 STATEMENT COVERS PERIOD<br>FROM REDACTED 17 THROUGH REDACTED 17 | | | | | | 4 TYPE OF BILL<br>0131 | |
| 8 PATIENT NAME<br>b OLEARY, REDACTED | | | 9 PATIENT ADDRESS<br>b REDACTED | | | | a REDACTED | | | | | | | | c REDACTED | d REDACTED | e | |
| 10 BIRTHDATE<br>REDACTED | 11 SEX<br>M | 12 DATE<br>03 | ADMISSION<br>13 HR 14 TYPE 15 SRC<br>1 1 | | | 16 DHR<br>22 | 17 STAT<br>01 | 18 | 19 | 20 | CONDITION CODES<br>21 22 23 24 | | | | 25 26 27 28 | 29 ACDT STATE | 30 |
| 31 OCCURRENCE<br>CODE DATE<br>11 REDACTED 17 | | 32 OCCURRENCE<br>CODE DATE<br>A1 111662 | | 33 OCCURRENCE<br>CODE DATE<br>A2 REDACTED 17 | | 34 OCCURRENCE<br>CODE DATE | | 35 CODE | OCCURRENCE SPAN<br>FROM THROUGH | | 36 CODE | OCCURRENCE SPAN<br>FROM THROUGH | | | | 37<br>01307 | |

| 38 | | | 39 CODE | VALUE CODES<br>AMOUNT | 40 CODE | VALUE CODES<br>AMOUNT | 41 CODE | VALUE CODES<br>AMOUNT |
|---|---|---|---|---|---|---|---|---|
| UNITED HEALTHCARE HMOZ<br>PO BOX 740800<br>ATLANTA, GA 30374 | | | a A3 | 3669 00 | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| | REDACTED | | REDACTED 17 | 1 | 670 00 | | |
| | | | 17 | 2 | 810 00 | | |
| | | | 17 | 1 | 622 00 | | |
| 0450 | LVL REDACTED EMER DEPT | 9928 REDACTED | 17 | 1 | 1567 00 | | |
| 0001 | PAGE 001 OF 001 | CREATION DATE 122217 | | TOTALS | 3669 00 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1639128820 |
|---|---|---|---|---|---|---|
| A UNITED HEALTHCARE HMOZ | | Y | Y | 0 00 | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A OLEARY, KEITH J. | 19 | REDACTED | | REDACTED |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A NR | | |

| 66 DX REDACTED | | | | | | | 67 0 | | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | 70 PATIENT REASON DX REDACTED | REDACTED | REDACTED | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE<br>CODE DATE | a. OTHER PROCEDURE<br>CODE DATE | b. OTHER PROCEDURE<br>CODE DATE | 75 | 76 ATTENDING | NPI 1346208840 | QUAL |
|---|---|---|---|---|---|---|---|
| | | | | | LAST BURLESON | FIRST GRADY | |
| c. | OTHER PROCEDURE<br>CODE DATE | d. OTHER PROCEDURE<br>CODE DATE | e. OTHER PROCEDURE<br>CODE DATE | | 77 OPERATING<br>LAST | NPI<br>FIRST | QUAL |
| 80 REMARKS PT DISCOUNTS AVAILA | 81CC<br>a B3 282N00000X<br>b B1W<br>c B2M<br>d | | | | 78 OTHER<br>LAST | NPI<br>FIRST | QUAL |
| | | | | | 79 OTHER<br>LAST | NPI<br>FIRST | QUAL |

UB-04 CMS-1450 APPROVED OMB NO. 0938-0997 Printed on Recycled Paper NUBC National Uniform Billing Committee LIC3810506 THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

01307 Relay 12/23/2017

**EXPLANATION OF BENEFITS ITEMIZED**

| | | |
|---|---|---|
| **FACILITY:** FORT WALTON BEACH MEDICAL CTR | **ADDRESS:** PO BOX 402939 | **CITY,STATE ZIP:** ATLANTA,GA 303842939 |
| **PAYER:** UNITED HEALTHCARE INSURANCE COMPANY | **ADDRESS:** 9900 BREN ROAD | **CITY,STATE ZIP:** MINNETONKA,MN 553439664 |
| **PROV NPI:** 1639128820    **PROV NO:** | **PATIENT TYPE:** I | **PAID DATE:** 2018-01-12    **CHECK#:** 1TR16323138 |
| **PATIENT NAME:** OLEARY REDACTED | **PATIENT ID:** | **SVC FROM:** 2017-REDACTED    **SVC THRU:** 2017-REDACTED |
| **INSURED NAME:** OLEARY KEITH | **INSURED ID:** REDACTED | **CLAIM STATUS:** 1-Processed as Primary |
| **PATIENT CONTROL:** REDACTED | **PAYER CLAIM NUMBER(ICN):** 6899845155 0048473212 | **TYPE OF BILL:** 131    **HICHG:** N |
| **COINS DAYS:** | **COVERED DAYS:** | **NON COVERED DAYS:**    **NACHG:** N |

**CLAIM LEVEL PAYMENT INFORMATION (CLP) & TOTALS**

| | | | |
|---|---|---|---|
| TOTAL CHARGES(CLP03): 3669.00 | COVD CHGS: 3669.00 | PAYMENT AMOUNT(CLP04): 1419.41 | PAT RESP(CLP05): 820.59 |
| COINS: 354.85 | COPAY 100.00   DEDUCT: 365.74 | DENIED CHGS: 1429.00   NONCOVD CHGS: 0.00 | CONT ADJUST: 0.00 |

**IN/OUTPATIENT ADJUDICATION (MIA/MOA)**

| DRG CODE | DRG WEIGHT | DRG CAP AMT | DISCH FRAC | IME AMT | PROF COMP AMT | PER DIEM RATE | OUT CD |
|---|---|---|---|---|---|---|---|
| | | 0.00 | | 0.00 | 0.00 | | |
| **DRG AMT** | **DRG OPR AMT** | **DRG OUT AMT** | **MSP PAYMENT** | **DISP SHARE** | **ESRD NET ADJ** | **HCPC AMOUNT** | **CAP CD** |
| | 0.00 | 0.00 | 0.00 | | 0.00 | NaN | |

**REFERENCE IDENTIFICATION REMARK CODES***

**CLAIM LEVEL ADJUSTMENTS (CAS)**

| ADJ GROUP CODE | ADJ REASON CODE | ADJ AMOUNT |
|---|---|---|
| OA | 94 | -673.00 |
| PR | 1 | 365.74 |
| PR | 2 | 354.85 |
| PR | 3 | 100.00 |
| CO | 97 | 2102.00 |

**SUPPLEMENTAL AMOUNTS (AMT)**

| QUALIFIER | AMOUNT | |
|---|---|---|
| AU | 3669.00 | (AU)Coverage Amount |

**SERVICE LINE INFORMATION (SVC)**

| HCPCS | REV CODE | MOD | FROM | THRU | QTY | BILLED | ALLOWED | PAID | APC |
|---|---|---|---|---|---|---|---|---|---|
| | GRP CODE | ADJ REAS | AMOUNT | | | | | | |
| 9928REDACTED | 0450 | | 2017-REDACTED | | 1 | 1567.00 | 2240.00 | 1419.41 | |
| | OA | 94 | -673.00 | | | | | | |
| | PR | 1 | 365.74 | | | | | | |
| | PR | 2 | 354.85 | | | | | | |
| | PR | 3 | 100.00 | | | | | | |
| REDACTED | 0450 | | 2017-REDACTED | | 1 | 670.00 | | 0.00 | |
| | CO | 97 | 670.00 | | | | | | |
| REDACTED | 0450 | | 2017-REDACTED | | 2 | 810.00 | | 0.00 | |
| | CO | 97 | 810.00 | | | | | | |
| REDACTED | 0450 | | 2017-REDACTED | | 1 | 622.00 | | 0.00 | |
| | CO | 97 | 622.00 | | | | | | |

*** ADJUSTMENT CODE & REMARK GLOSSARY**

| CODE | |
|---|---|
| 94 | Processed in Excess of charges. |
| 1 | Deductible Amount |
| 2 | Coinsurance Amount |
| 3 | Co-payment Amount |
| 97 | The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. Note: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present. This change effective September 1, 2017: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. Usage: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present. |