```
02/12/2019                      Orange Park PAS                            Page 1
 1:51 PM                       Letter Definitions                         CAW1653A
================================================================================
  Letter: 1279       Detail Bill Insert

               Table: HCACCOUNT   Account Information
           Form Type: PRINTLOCAL  Form Length: 60
          Top Margin: 0           Left Margin: 10
       Bottom Margin: 0           Right Margin: 75
     Pre-Print Event:
    Pre-Update Event:
================================================================================

-------------------------------- T e x t ---------------------------------------

        <<@CSFACADR>>


        <<TODAY>>


        <<@CSCORADD>>


        RE: Account Number: <<HCENPTACCT>>


        Dear <<HCENCORRID|CSPNCORRESNM>>:

        Per your request, please find attached itemization of hospital
        services.  This is a list of your hospital services only. Other
        providers involved with your care who do not work for the hospital
        such as your physician, a lab, or other specialists, may bill
        separately for their services. Contact information for other
        providers that are expected to bill separately based on services
        provided may be found at the hospital's website.

        For insurance coverage information, contact your insurance
        provider.

        Your Patient Statement(s) will provide a summary of the amount
        paid by your insurer, the amount paid by a third party, and the
        patient responsibility amount.  Your patient responsibility amount
        will be due upon receipt of your Patient Statement.

        Please call <<HCFADESC>> Customer Service at <<HCFAPH>> to speak
        with a Patient Representative to resolve any question about your
        bill.

        Sincerely,

        Customer Service
        <<HCFAPASID|HCPSDESC>>
        <<HCFAPASID|HCPSADR1>>
        <<HCFAPASID|HCPSADR2>>
        <<HCFAPASID|HCPSCITY>>, <<HCFAPASID|HCPSST>> <<HCFAPASID|HCPSZIP>>
        Phone: <<HCFAPH>>
```

```
02/12/2019                        Orange Park PAS                           Page 2
 1:51 PM                         Letter Definitions                       CAW1653A
================================================================================

------------------------------ T e x t   C o n t ------------------------------
        Fax: <<HCFAFAXPH>>
        Hours: <<HCFAPASID|CSPSBUSHOURS>>


1 Letter Definition(s) printed
```

```
PATIENT NO:              REDACTED    FORT WALTON BCH MED CTR   BILLING DATE   PAGE NO        01367
MED REC NO:                          1000 MAR-WALT DRIVE       12/22/17
GUARANTOR NO:
PATIENT:                    FT WALTON                       FL 325476708   ADMITTED       DISCHARGED
  OLEARY  REDACTED                                                         REDACTED 17    REDACTED 17

PAY TO ADDRESS:   FORT WALTON BCH MED CTR
                  P O BOX 402939
                  ATLANTA
                  GA 303842939

BILL TO:
    OLEARY KEITH                        EMERGENCY                     FC=07
    REDACTED                            ADMIT THRU DISCHARGE CLAIM


DATE OF   BATCH    F          NDC/CPT-4/
SERVICE   REF     DEPT S PROC   HCPCS       QTY SERVICE DESCRIPTION        CHARGES

REDACTED  REDACTED                           1   REDACTED                   405.00
   17                                        1                              405.00
   17                                        1                              622.00
   17                                        1                              670.00
   17                                                      SUBTOTAL:       2102.00

  450-EMERG ROOM
REDACTED 17 20BCUN  0782   816076   9928 RED  1 LVL  RED  EMER DEPT        1567.00
                                                        SUBTOTAL:         1567.00

                                             TOTAL ANCILLARY CHARGES      3669.00

                                                        TOTAL CHARGES     3669.00
                                                             PAYMENTS        .00
                                                          ADJUSTMENTS        .00
                                                              BALANCE     3669.00




A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA ID# 611259833
```

```
PATIENT NO:     REDACTED    FORT WALTON BCH MED CTR   BILLING DATE   PAGE 2    01307
MED REC NO:     REDACTED    1000 MAR-WALT DRIVE       12/22/17
GUARANTOR NO:
PATIENT:                    FT WALTON                 FL 325476708   ADMITTED      DISCHARGED
OLEARY  REDACTED                                                     REDACTED 17   REDACTED 17


                         DEPARTMENTAL CHARGE SUMMARY
               DEPT         DESCRIPTION                  AMOUNT

             REDACTED     REDACTED                       1,432.00
                          DESTIN ER                      1,567.00
                             REDACTED                      670.00


          TOTAL CHARGES:          3,669.00
          TOTAL PAYMENTS:              .00
           TOTAL ADJUST:               .00
```