UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 9:19-80647-CIV-ALTMAN/BRANNON

KEITH OLEARY, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

HCA HEALTHCARE, INC., a Delaware
Corporation doing business as HCA
FLORIDA; and FORT WALTON BEACH
MEDICAL CENTER, INC., a Florida
Corporation,
    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

  Plaintiff Keith O'Leary and Defendants Fort Walton Beach Medical Center, Inc. ("Fort Walton") and HCA Healthcare, Inc. ("HCA") (together "Defendants"), hereby through counsel and pursuant to Local Rule 16.4, file their Joint Notice of Settlement.

  The parties above hereby notify the Court that the parties have reached a settlement as to the entire case such that the parties no longer require the Court to rule on any pending motions.

Respectfully submitted:

| | |
|---|---|
| /s/ Barry L. Kramer | /s/ Jared Michael Lee |
| Barry L. Kramer, Esq. | Jared Michael Lee, Esq. |
| LAW OFFICES OF BARRY L. KRAMER | Florida Bar No. 0052284 |
| 9550 South Eastern Avenue | **Jackson Lee | PA** |
| Suite 253 | 1985 Longwood Lake Mary Rd. | Ste. 1001 |
| Las Vegas, Nevada 89123 | Longwood, FL 32750 |
| kramerlaw@aol.com | Tel: (407) 477-4401 |
| *Co-Counsel for Plaintiff* | Fax: (407) 477-4949 |
| | Email: Jared@JacksonLeePA.com |
| | Service@JacksonLeePA.com |
| | Melissa@JacksonLeePA.com |
| | *Co-Counsel for Plaintiff* |

| | |
|---|---|
| /s/ Walter J. Taché<br>Walter J. Taché, FBN 028850<br>wtache@tachebronis.com<br>Magda C. Rodriguez, FBN 072688<br>mrodriguez@tachebronis.com<br>TACHE, BRONIS, CHRISTIANSON AND DESCALZO, P.A.<br>150 S.E. 2nd Ave., Suite 600<br>Miami, FL 33131<br>Tel: (305) 537-9565<br>Fax: (305) 537-9567<br>*Counsel for Defendant Fort Walton Beach Medical Center, Inc.* | /s/ John D. Emmanuel<br>John D. Emmanuel, FBN 0475572<br>john.emmanuel@bipc.com<br>Ashley Bruce Trehan, FBN 0043411<br>ashley.trehan@bipc.com<br>BUCHANAN INGERSOLL & ROONEY PC<br>401 East Jackson Street, Suite 2400<br>Tampa, FL 33602<br>Tel: (813) 222-8180<br>Fax: (813) 222-8189<br>*Counsel for Defendant HCA Healthcare, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Settlement has been furnished to all counsel of record via CM/ECF this 20th day of November, 2020.

/s/ Walter J. Taché
Walter J. Taché