**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80647-CIV-ALTMAN/Brannon**

**KEITH OLEARY**,

    *Plaintiff*,

v.

**HCA HEALTHCARE, INC.**, *et al.*,

    *Defendants*.

_____/

**ORDER**

The parties filed a Joint Notice of Settlement [ECF No. 140] in which the remaining parties advised that they have reached a settlement. Having carefully reviewed the record and being otherwise fully advised, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal on or before **December 20, 2020**.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

2

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record