**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80647-CIV-ALTMAN/Brannon**

**KEITH OLEARY**,

    *Plaintiff*,

v.

**HCA HEALTHCARE, INC.**, *et al.*,

    *Defendants*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

The Parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 144]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 5th day of January 2021.

                                                                              _____
                                                                              **ROY K. ALTMAN**
                                                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record